# SUPERIOR COURT

---

Bessie Czyzowski
vs.
Mike Gregelewicz
⎱No.51217

Albert Czyzowski
vs.
Same
⎱No.51218

## RESCRIPT

March 30, 1925

BLODGETT, J. Heard upon motions for new trial filed by defendant in each case after verdict for plaintiffs in each case for $250.

Actions for slander of defendant upon a public street of Providence by the calling of a plaintiff Bessie a "whore" and her husband, Albert, a "thief" in the presence of a number of bystanders. The words were spoken in the Polish language.

Defendant denied using such language, but the jury evidently believed the testimony of plaintiffs and witnesses produced by them.

Motions denied.

For Plaintiffs: William A. McSoley.

For Defendant: William C. H. Brand.